## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Daniel Valenzuela
                    Plaintiff,

v.                                    Case No.: 1:17−cv−08855
                                           Honorable Virginia M. Kendall

West & Sons Towing Inc
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 14, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 11/14/2018. Parties report they have settled the case. By agreement of parties, case is dismissed without prejudice to become with prejudice on 12/5/2018. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.